

**U. S. SMALL BUSINESS ADMINISTRATION**
RECEIVER FOR ECC PARTNERS, L.P.
409 THIRD STREET, S.W., 6TH FLOOR
WASHINGTON, D.C. 20416



FILED
JAMES BONINI
CLERK

09 OCT 16  PM 3: 15

U.S. ~~~~~~~
SOUT~~~~ ~T. OHIO
EAST~~~~~~~ MBUS

WRITER'S DIRECT TELEPHONE: (202) 205-7514

FAX NUMBER: (202) 205-6957

October 14, 2009

Mr. James Bonini, Clerk of the Court
U.S. District Court, Southern District of Ohio
260 Joseph P. Kinneary United States Courthouse
85 Marconi Boulevard
Columbus, OH 43215

VIA UPS 2ND DAY DELIVERY

2:09 mc 55

JUDGE SARGUS

MAGISTRATE JUDGE KING

Re:    United States of America v. ECC Partners, L.P.
       Civil Action No. 06-1894  Hon. Garrett E. Brown, Jr.

Dear Mr. James Bonini:

This is to advise you that, in accordance with 15 U.S.C. § 687c, the U.S. District Court for the District of New Jersey, has taken exclusive jurisdiction of ECC Partners, L.P. ("ECC Partners") and the assets thereof, and has appointed the U.S. Small Business Administration ("SBA"), an agency of the federal government, as the Receiver.

A portion of the property of ECC Partners may be located in your jurisdiction. We therefore are enclosing for filing, copies of the Complaint and Order establishing the Receivership, as required by 28 U.S.C. § 754. Please open as a miscellaneous case filing.

The United States District Court, in an order appointing SBA Receiver for ECC Partners, stayed all legal proceedings involving ECC Partners, and prohibited the filing of any actions against the Receiver unless permission of the Court is first obtained.

The Receiver is in the process of ascertaining what and where legal proceedings pertaining to ECC Partners are pending. Should the Receiver learn of relevant legal proceedings within the jurisdiction of your Court, the Receiver will promptly notify you thereof.

We also have enclosed extra copies of the Order and Complaint, which we request that you stamp file and return in the enclosed self-addressed stamped envelope.

Sincerely,

By:  *Michele Long Pittman*
     Michele L. Pittman
     Chief, Corporate Liquidation and Receivership Operations
     Office of Liquidation